```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PAULET MINZIE, ERIC DIXON, AND JYEVION DIXON,
AN INFANT BY PARENT AND GUARDIAN ERIC DIXON,

                                         Plaintiffs,

-against-

THE CITY OF NEW YORK, P.O. RICHARD HASTE
(NYPD) SHIELD #20875, SERGEANT SCOTT MORRIS
(NYPD) SHIELD #953, AND NYPD OFFICERS JOHN DOE
#1-10,

                                         Defendants.
------------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

13 Civ. 3031 (PKC)(RLE)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2014

THE LAW OFFICE OF JEFF CHABROWE
*Attorneys for Plaintiffs*
261 Madison Avenue, 12th Floor
New York, New York 10016

By: _____
Andrew Hoffman, Esq.

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City and Morris*
100 Church Street, Rm. 3-192
New York, New York 10007

By: _____
Qiana Smith-Williams
*Senior Counsel*

WORTH, LONGWORTH & LONDON, LLP
*Attorneys for Defendant Haste*
111 John Street
New York, New York 10038

By: _____
Mitchell Garber, Esq.
John Burns, Esq.
Douglas LaBarbera, Esq.

SO ORDERED:

_____
HON. P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

7-1-14

2